SHORE BRIDGE CORPORATION, Plaintiff, *v.* UTICA STRUCTURAL STEEL, INC., et al., Defendants. FIDELITY AND DEPOSIT COMPANY OF MARYLAND et al., Appellants; FIRST TRUST COMPANY OF ALBANY, Respondent.

Argued October 5, 1945; decided November 29, 1945.

*P. C. Dugan* for Fidelity & Deposit Company of Maryland, appellant.

*P. C. Dugan* and *Thomas E. White* for Alice R. Johnson, as assignee, appellant.

*Edward S. Rooney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.